65 So.2d 831

**William O'NEAL and Mary O'Neal v. CITY OF RUSSELLVILLE.**

**8 Div. 345.**

Court of Appeals of Alabama.

May 26, 1953.

Rehearing Denied June 9, 1953.

H. H. Hamilton, Russellville, for appellants.

W. H. Key, Jr., Russellville, for appellee.

CARR, Presiding Judge.

Affirmed.

68 So.2d 926

**Jackie O'NEAL**

**v.**

**STATE.**

**8 Div. 372.**

Court of Appeals of Alabama.

Nov. 3, 1953.

Wm. Stell, Russellville, for appellant.

Si Garrett, Atty. Gen., for the State.

PRICE, Judge.

This appeal is on the record proper without a transcription of the testimony.

The record is regular in every respect with the exception of the number of days ordered for defendant to serve to pay the costs.

The judgment is ordered affirmed and the cause is remanded for proper sentence.

Affirmed. Remanded for proper sentence.

75 So.2d 922

**Joe PARKER**

**v.**

**STATE.**

**6 Div. 850.**

Court of Appeals of Alabama.

Aug. 31, 1954.

Marvin H. Galin, Cullman, for appellant.

Si Garrett, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

66 So.2d 927

**Mack RIDDLESPUR v. STATE.**

**6 Div. 679.**

Court of Appeals of Alabama,

June 2, 1953.

Rehearing Denied June 16, 1953.

John R. Robinson, Asheville, for appellant.

Si Garrett, Atty. Gen., for the State.

CARR, Presiding Judge.

Affirmed.